United States District Court
District of Nebraska

Bryan Dunn
Petitioner

vs

Mark Foxhall, C.E.O.
of The Douglas County
Dept. of Corrections, 710
South 17th Street, Omaha,
Neb. 68102
Respondent

Case # 8:17CV376

Petition for Writ of Habeas Corpus, and to proceed In forma pauperis or $5

Petitioner moves this court under 28 U.S.C. 2254, Habeas corpus and to proceed in forma pauperis because petitioner is and has been illegally restrained of This Liberty - freedom, Under Douglas County District Court Case# CR17-1492 Starting in March 2017

#II Petitioner was illegally and wrongfully taken from Iowa and brought to Omaha, Nebraska and placed In The Douglas County Department of Corrections on false and fabracated, Claims, That an Omaha Police officer told This petitioner he did not believes, but Still Wrote a false and frivolous Warrant that Caused a Extradition in Violations of State and federal Laws/Constitutions, and The (State Court) Douglas County District Court Refuse to do anything about Habeas Corpus

#III **Petitioner** did not commit Robbery of $20 nor did this petitioner have any involvement in a robbery of ($20) Twenty Dollars

#IV There is no evidence, No proof, and the fact That the Said Victim Still had $41.00, his wallet, his cell phone, his watch on his wrist, a buck knife Still in his pocket,

#V Shows that no robbery ever was committed, and the Claims to go after this petitioner out of State and illegally Restrain and bring this petitioner to Omaha, Nebraska and to Still be illegally holding this petitioner Since 4-18-2017...... This is **so wrong!!!** on false Claims. what is this world Coming to?

— — — — — Request / Relief — — — — — — — —

**Petitioner** Requests to be brought to this court after review, and to bring this petitioner to this Court and after this Court Sees the truth, and Then to order This petitioners release from Custody of The Douglas County Department of Corrections

Respectfully Request
10 / 5 /2017

x [signature]
Bryan Dunn
710 South 17th Street
Omaha, NE 68102

Varification
Certificate of Service

I Swear that the above Habeas Corpus is true under the penalty of perjury and I mail this to the Court/Clerk by U.S. pre-paid postage on 10/5/2017

x [signature]

Bryan Dunn
710 South 17th Street
Omaha, NE
68102

RECEIVED

OCT 10 2017

CLERK
U.S. DISTRICT COURT

Bryan Dunn
Printed Name
(3442859) (17-29)
Data # Module #
Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

OMAHA NE 680
06 OCT 2017 PM 3 L




RECEIVED
OCT 10 2017
CLERK
U.S. DISTRICT COURT

Federal Courthouse
United States district Court
office of The Clerk
111 South 18th Plaza Suite 1152
Omaha, NE 68102

68102-132277